SHELLEY B. HUTCHINSON, Appellant, *v.* KATE M. SPERRY et al., as Executors of THOMAS A. SPERRY, Deceased, Respondents.

*Hutchinson* v. *Sperry*, 158 App. Div. 704, appeal dismissed.
(Submitted May 4, 1914; decided May 12, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1913, reversing an interlocutory judgment in favor of plaintiff entered

upon a decision of the court on trial at Special Term in an action to dissolve a partnership and for an accounting.

The motion was made upon the ground of failure to file the required undertaking.

*Theodore M. Crisp* and *John Hall Jones* for motion.

*Edward Herrmann* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant within ten days perfects his appeal by serving upon respondents a copy of the undertaking with notice of filing, and file with the clerk of this court a return on appeal, with notice of argument for the coming session, and pays to respondents ten dollars costs of motion.